No. 97–5884.  LEVENTHAL v. MOSELEY ET AL.  Ct. App. Ga. Certiorari denied.

No. 97–5892.  WHITLOW v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 97–5895.  SHELTON v. CALLAHAN, ACTING COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Certiorari denied.

No. 97–5899.  UNDERWOOD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 97–5902.  GIRALDO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 97–5906.  JOHNSON v. ROBBINSDALE INDEPENDENT SCHOOL DISTRICT, No. 281, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–5909.  MAYLES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–5911.  WAGNER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–5912.  RUFIN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–5917.  HEBRON v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 97–5918.  RAMON GONI v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–5923.  CROWDER v. UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–5925.  WILLIAMS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 97–5926.  WHEELER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 97–5930.  CALLOWAY v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 97–5931.  DINGLE v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.